Andrew J. Gramajo, CA # 338144
AJG LAW GROUP, PC.
25A Crescent Dr. #402
Pleasant Hill, CA 94523
T:(415) 638-9140
E: Andrew@Ajglawgroup.us

*Attorneys for Plaintiff*
*Portia Mason*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WEST MARINE PRODUCTS, INC., a Florida Corporation; and DOES 1-50, Inclusive,<br><br>Defendant. | Case No.: 2:25-cv-03477 JFW (ASx)<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT WEST MARINE PRODUCTS, INC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Portia Mason and Defendant WEST MARINE PRODUCTS, INC ("Defendant" or "West Marine") have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant West Marine. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: August 14, 2025

By: */s/ Andrew J. Gramajo,*
Andrew J. Gramajo, CA # 338144
AJG LAW GROUP, PC.
25A Crescent Dr. #402
Pleasant Hill, CA 94523
T:(415) 638-9140
E: Andrew@Ajglawgroup.us

*Attorneys for Plaintiff*
*Portia Mason*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**AJG LAW GROUP, PC.**

By: */s/ Andrew J. Gramajo*