| | |
|---|---|
| 1 | Andrew J. Gramajo, Esq.<br>**AJG LAW GROUP, PC.** |
| 2 | 25A Crescent Dr. #402<br>Pleasant Hill, CA 94523 |
| 3 | Andrew@Ajglawgroup.us<br>(415) 638-9140 |
| 4 | |
| 5 | Attorneys for Plaintiff<br>PORTIA MASON |
| 6 | |
| 7 | OGLETREE, DEAKINS, NASH, SMOAK &<br>STEWART, P.C. |
| 8 | DAVID RAIZMAN, CA Bar No. 129407<br>david.raizman@ogletree.com |
| 9 | NICHOLAS MARFORI, CA Bar No. 311765<br>nicholas.marfori@ogletree.com |
| 10 | 400 South Hope Street, Suite 1200<br>Los Angeles, California 90071 |
| 11 | Telephone:  213-239-9800<br>Facsimile:   213-239-9045 |
| 12 | Attorneys for Defendant |
| 13 | WEST MARINE PRODUCTS, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>WEST MARINE PRODUCTS, INC., a Florida Corporation; and DOES 1-50, Inclusive,<br><br>  Defendants. | Case No. 2:25-cv-03477 JFW (ASx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**<br><br>Complaint Filed: March 24, 2025<br>Trial Date: None<br>District Judge: Hon. John F. Walter<br>  Courtroom 7A, First St.<br>Magistrate Judge: Hon. Alka Sagar<br>  Courtroom 540, Roybal |

Pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii), IT IS STIPULATED by and between plaintiff Portia Mason and defendant West Marine Products, Inc. (the "Parties") that this action may be dismissed in its entirety with prejudice as to all parties. Each of the Parties shall bear her/its own attorneys' fees, expert fees, and costs.

Respectfully submitted,

DATED: September 24, 2025        AJG LAW GROUP, PC.

By: /s/ Nicholas Marfori
David Raizman
Nicholas Marfori

Attorneys for Defendant
WEST MARINE PRODUCTS, INC.

DATED: September 24, 2025        AJG LAW GROUP, PC

By: /s/ Andrew J. Gramajo
Andrew J. Gramajo

Attorneys for Plaintiff
PORTIA MASON

## Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Andrew J. Gramajo, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 24, 2025        By: /s/ Andrew J. Gramajo